UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIJAH CHESTNUT,

Plaintiff,

-v-

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

CIVIL ACTION NO. 26 Civ. 4552 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this action have consented to the undersigned's jurisdiction to conduct all proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. (Dkt. No. 7). Pursuant to Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), Rule 4, the deadline for Defendant Frank Bisignano (the "Commissioner") to file the certified administrative record ("CAR") was July 31, 2026. (See Dkt. Entry dated June 1, 2026). To date, the Commissioner has not filed the CAR. As a one-time courtesy, the Court sua sponte **EXTENDS** the Commissioner's deadline to file the CAR to **August 11, 2026**.

Dated: New York, New York
August 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**