# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

The request at Dkt. No. 10 is **GRANTED**. The amended briefing schedule set forth below is **ADOPTED**.

The Clerk of Court is respectfully directed to close Dkt. No. 10.

SO ORDERED. September 3, 2026

SARAH L. CAVE
United States Magistrate Judge

September 2, 2026

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 18A
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Elijah Chestnut v. Comm'r of SSA 1:26-cv-04552-SLC**

Dear Honorable Judge Cave:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on September 5, 2026. Due to an influx in Certified Administrative Record ("CAR") filings which have created multiple conflicts on the briefing calendar, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including November 3, 2026. No previous request for an extension has been made in this case. The Defendant has given consent and has requested an additional 60 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

- Plaintiff's Opening Brief due November 5, 2026;
- Defendant's Response Brief due January 4, 2027;
- Plaintiff's Reply Brief, if any, due January 18, 2027.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

<u>/s/Eddy Pierre Pierre</u>
Eddy Pierre Pierre, Esq.

Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Graham Morrison, Esq. (Via ECF)
Attorney for Defendant.